Karyn M. Taylor, Esq.
Bar No. 6142
Luke W. Molleck, Esq.
Bar No. 14405
LITTLER MENDELSON, P.C.
200 S. Virginia St.
8th Floor
Reno, Nevada 89501-1944
Telephone:     775.348.4888
Facsimile:     775.786-0127
Email:          kmtaylor@littler.com
                 lmolleck@littler.com

Attorneys for Defendants
CIRCLE TPR HOLDINGS, LLC and G&A
OUTSOURCING, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JAMETRIA MAYS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CIRCLE TPR HOLDINGS, LLC, a Nevada limited liability company; G&A OUTSOURCING, LLC, a Texas limited liability company,<br><br>Defendants. | Case No. 2:26-CV-00959-JAD-MDC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff JAMETRIA MAYS ("Plaintiff") and Defendants CIRCLE TPR HOLDINGS, LLC ("Circle") and G&A OUTSOURCING, LLC ("G&A") (collectively "Defendants"), by and through their counsel, hereby agree and stipulate to extend the time for Defendants to file a response to the Complaint from the current deadlines. Currently, the deadline for G&A to file a response to the Complaint is April 23, 2026, and the deadline for Circle to file a response to the Complaint, is April 27, 2026. The Parties agree and stipulate to extend the time for both G&A and Circle to file a response to the Complaint, up to and including May 11, 2026.

The Parties agree that the requested extension is reasonable and necessary because counsel for the Defendants have recently been retained and are still investigating the factual allegations in the Complaint.

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of undue delay.

Dated: April 23, 2026                              Dated: April 23, 2026

Respectfully submitted,                            Respectfully submitted,


/s/ David D. Kiebler                               /s/ Luke W. Molleck
Jemma E. Dunn, Esq.                                Karyn M. Taylor, Esq.
Matthew T. Hale, Esq.                              Luke W. Molleck, Esq.
David C. Kiebler, Esq.                             LITTLER MENDELSON, P.C.
GREENBERG GROSS LLP

Attorneys for Plaintiff                            Attorneys for Defendants
JAMETRIA MAYS                                      CIRCLE TPR HOLDINGS, LLC and G&A
                                                   OUTSOURCING, LLC

**ORDER**

**IT IS SO ORDERED.**



_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE


Dated: April 24, 2026

LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800

4899-3934-3012 / 035476.1000