Karyn M. Taylor, Esq.
Bar No. 6142
Luke W. Molleck, Esq.
Bar No. 14405
LITTLER MENDELSON, P.C.
200 S. Virginia St.
8th Floor
Reno, Nevada 89501-1944
Telephone:    775.348.4888
Facsimile:    775.786-0127
Email:        kmtaylor@littler.com
              lmolleck@littler.com

Attorneys for Defendants
G&A OUTSOURCING, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JAMETRIA MAYS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CIRCLE TPR HOLDINGS, LLC, a Nevada limited liability company; G&A OUTSOURCING, LLC, a Texas limited liability company,<br><br>Defendants. | Case No. 2:26-CV-00959<br><br>**STIPULATION AND ORDER TO STAY CASE AND PROCEED TO ARBITRATION**<br><br>**[FIRST REQUEST]**<br><br>ECF NO. 10 |

Plaintiff JAMETRIA MAYS ("Plaintiff") and Defendants G&A OUTSOURCING, LLC, ("G&A") and CIRCLE TPR HOLDINGS, LLC ("Circle") (collectively "Defendants") by and through their respective counsel, hereby submit this Stipulation and Order to Stay Case Pending Arbitration.

WHEREAS Plaintiff and Defendants stipulate and agree that pursuant to the terms of the Arbitration Agreement entered by the parties at the inception of Plaintiff's employment, this matter is subject to binding arbitration. Accordingly, it is hereby stipulated by and between the Parties and ORDERED as follows:

1.      This action shall be stayed and submitted to binding and final arbitration according to the terms of the Arbitration Agreement in order for this Court to retain jurisdiction of the matter for enforcement purposes and any post-arbitration filings regarding the same;

LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800

2.    Nothing in this Stipulation shall serve as a waiver of Plaintiff's claims or right to dispute the arbitration agreement; nor shall this Stipulation operate as a waiver of Defendant's defenses;

3.    Each party shall bear its own fees and costs before the Court as of this date; and

4.    The parties will notify this Court within 30 days of resolution of the arbitration proceeding and submit any necessary filing regarding the same to dismiss this matter

Accordingly, the Parties ask the Court to stay this matter pending arbitration proceedings.

Dated: May 11, 2026

GREENBERG GROSS LLP

/s/ David C. Kiebler
Jemma E. Dunn, Esq.
Matthew T. Hale, Esq.
David C. Kiebler, Esq.

Attorneys for Plaintiff
JAMETRIA MAYS

Dated: May 11, 2026

LITTLER MENDELSON, P.C.

/s/ Luke W. Molleck
Wendy M. Krincek, Esq.
Luke W. Molleck, Esq.

Attorneys for Defendant
G&A OUTSOURCING, LLC

## ORDER

Based on the parties' stipulation **[ECF No. 10]** and good cause appearing, IT IS ORDERED that **this case is STAYED** pending arbitration.  The Clerk of Court is directed to **ADMINISTRATIVELY CLOSE** this case.

UNITED STATES DISTRICT JUDGE
May 11, 2026

LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800

2

4925-4239-5561 / 133721.1001